UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
FRANK H. FINKEL, JOSEPH A. FERRARA SR.,
MARC HERBST, THOMAS PIALI,
CHRISTOPHER O. WARD, GARY LA
BARBERA, THOMAS GESUALDI, LOUIS
BISIGNANO, AND ANTHONY PIROZZI, as
Trustees and Fiduciaries of the Local 282 Welfare
Trust Fund, the Local 282 Pension Trust Fund, the
Local 282 Annuity Trust Fund, the Local 282 Job
Training Trust Fund, and the Local 282 Vacation
and Sick Leave Trust Fund,

Case No.: 08-cv-972 (LDW)(WDW)

RULE 7.1 STATEMENT

Plaintiffs,

-against-

FUSELLA GROUP, LLC., GERARDO P.
FUSELLA and VINCENT J. FUSELLA,

Defendants.
-----------------------------------------------------------------x

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendants Fusella Group, LLC, Gerardo P. Fusella and Vincent J. Fusella (private non-governmental parties) certifies that Fusella Group, LLC has no corporate parents, affiliates and/or subsidiaries which are publicly held.

Dated:  New York, New York
        April 1, 2008

**TARTER KRINSKY & DROGIN LLP**

By: _____
Laurent S. Drogin, Esq. (LD 4770)
David N. Kleinmann, Esq. (DK 5452)
1350 Broadway – 11th Floor
New York, NY 10018
(212) 216-8000

*Attorneys for Defendants Fusella Group, LLC, Gerardo P. Fusella and Vincent J. Fusella*