**TARTER KRINSKY & DROGIN LLP**
1350 Broadway, 11th Floor
New York, New York 10018
(212) 216-8000
Scott S. Markowitz, Esq.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

| | |
|---|---|
| FRANK H. FINKEL, JOSEPH A. FERRARA SR., MARC HERBST, THOMAS PIALI, CHRISTOPHER O. WARD, GARY LA BARBERA, THOMAS GESUALDI, LOUIS BISIGNANO, AND ANTHONY PIROZZI, as Trustees and Fiduciaries of the Local 282 Welfare Trust Fund, the Local 282 Pension Trust Fund, the Local 282 Annuity Trust Fund, the Local 282 Job Training Trust Fund, and the Local 282 Vacation and Sick Leave Trust Fund,<br><br>       Plaintiffs,<br><br>- against -<br><br>FUSELLA GROUP, LLC, GERARDO P. FUSELLA and VINCENT J. FUSELLA,<br><br>       Defendants. | Civil Action No.: 08-972 (LDW) (WDW) |

----------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
          ss.:
COUNTY OF NEW YORK )

  Karen Menendez, being duly sworn, deposes and says:

  I am over the age of eighteen, not a party to the action, and reside in the County of Queens, State of New York.

  On August 3, 2011, I served a true copy of the **Order Permitting Tarter Krinsky & Drogin LLP to Withdraw as Counsel for the Defendants and Setting a Further Pre-Trial Status Conference** by depositing a true copy thereof, enclosed in a post-paid wrapper,

{Client\002540\ERISA101\00397708.DOC;1}

in an official depository under the exclusive care and custody of the U.S. Postal Service, addressed to the following persons at the last known address set forth after their names:

|  |  |
|---|---|
| Vincent J. Fusella | Gerardo P. Fusella |
| 11 Fox Run Drive | 3 Andover Lane |
| East Hanover, New Jersey 07936 | East Hanover, New Jersey 07936 |

/s/ Karen Menendez
Karen Menendez

Sworn to before me this
12th day of August, 2011

/s/ Steven Troup
Steven Troup
Notary Public, State of New York
No. 02TR-4731552
Qualified in New York County
Commission Expires Feb. 28, 2015