## David R. Hock

**From:** vfusella1@aol.com
**Sent:** Thursday, December 08, 2011 2:58 PM
**To:** David R. Hock
**Subject:** RE: Finkel v. Fusella Group, LLC

David we are not going to make depositions tomorrow. We are retaining counsel and they will be in touch with you to reschedule.
Thank you,
Vincent Fusella

*Connected by DROID on Verizon Wireless*


-----Original message-----
**From:** "David R. Hock" <dhock@cwsny.com>
**To:** "&apos;vfusella1@aol.com&apos;" <vfusella1@aol.com>
**Sent:** Tue, Dec 6, 2011 19:29:04 GMT+00:00
**Subject:** RE: Finkel v. Fusella Group, LLC

Hello,

I just wanted to check in with you to confirm for Friday at 1 pm. I have not received your responses to the discovery requests you said you were going to send out of Friday, so please let me know if you sent those as well.

Thanks.


David R. Hock
Cohen, Weiss and Simon LLP
330 West 42nd Street, 25th Floor
New York, NY 10036-6976
direct dial (212) 356-0220
facsimile (646) 473-8220
dhock@cwsny.com
www.cwsny.com

This e-mail and any attachments may contain material that is protected by an attorney-client privilege or that is otherwise confidential. Please do not permit anyone other than an addressee or an employee or other authorized agent of an addressee to read this e-mail or any of its attachments without the consent of Cohen, Weiss and Simon LLP. If you are not one of the people specified in the previous sentence, please delete this e-mail and its attachments and notify me.

**From:** David R. Hock
**Sent:** Tuesday, November 22, 2011 2:11 PM
**To:** 'vfusella1@aol.com'
**Subject:** Re: Finkel v. Fusella Group, LLC

That is fine.
David R. Hock
Cohen, Weiss and Simon LLP
330 West 42nd Street, 25th Floor
New York, NY 10036-6976

direct dial (212) 356-0220
facsimile (646) 473-8220
dhock@cwsny.com
www.cwsny.com

---

**From**: vfusella1@aol.com [mailto:vfusella1@aol.com]
**Sent**: Tuesday, November 22, 2011 12:31 PM
**To**: David R. Hock
**Subject**: Re: Finkel v. Fusella Group, LLC

That's perfect and is december 2 for the interogetories ok with you.

*Connected by DROID on Verizon Wireless*

-----Original message-----
**From:** "David R. Hock" <dhock@cwsny.com>
**To:** "&apos;vfusella1@aol.com&apos;" <vfusella1@aol.com>
**Sent:** Tue, Nov 22, 2011 16:28:16 GMT+00:00
**Subject:** Re: Finkel v. Fusella Group, LLC

I can do the afternoon of December 9 in my office in Manhattan. Is 1 pm ok?
David R. Hock
Cohen, Weiss and Simon LLP
330 West 42nd Street, 25th Floor
New York, NY 10036-6976
direct dial (212) 356-0220
facsimile (646) 473-8220
dhock@cwsny.com
www.cwsny.com

---

**From**: vfusella1@aol.com [mailto:vfusella1@aol.com]
**Sent**: Tuesday, November 22, 2011 10:33 AM
**To**: David R. Hock
**Subject**: Re: Finkel v. Fusella Group, LLC

Hi David,

If possible, can we move the date for the interrogatories to Friday December 2nd and the deposition to Friday December 9th at your Manhattan office? Please let me know as soon as possible.

Thank You,
Vincent Fusella

-----Original Message-----
From: David R. Hock <dhock@cwsny.com>
To: 'VFUSELLA1@aol.com' <VFUSELLA1@aol.com>
Sent: Mon, Nov 21, 2011 11:40 am
Subject: Finkel v. Fusella Group, LLC

Hello,

2

I wanted to check that you received the discovery requests I mailed to you a few weeks ago and see whether the December 2 date for a deposition is a problem with you. I can move the date to another date or hold the deposition in another location (such as my office in Manhattan) if that date is not convenient.

Thank you,
David R. Hock


Under applicable Treasury Regulations, we are required to inform you that no U.S. tax advice in this email or an attachment to this email is intended or written to be used, nor can it be used, to avoid a penalty under the Internal Revenue Code, or to promote, market or recommend to another party a transaction or matter addressed in this email or attachment.

This E-Mail and any attachments may contain material that is protected by an attorney-client privilege or that is otherwise confidential. Please do not permit anyone other than an addressee or an employee or other authorized agent of an addressee to read this e-mail or any of its attachments without the consent of Cohen, Weiss and Simon LLP. If you are not one of the people specified in the previous sentence, please delete this e-mail and its attachments and notify me.